# United States Court of Appeals

## For the First Circuit

_____

Nos. 00-2077, 00-2078

STANLEY A. RODOWICZ, MARGARET STEVENS, AND JAMES LEMON,

Plaintiffs, Appellees, Cross-Appellants,

v.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

Defendant, Appellant, Cross-Appellee.

_____

**ERRATA SHEET**

The opinion of this court, issued February 4, 2002, should be amended as follows:

p 3, fn 2:     underline "I"

p 9, line 6:   change "its jury instructions" to "his jury
               instructions"

p 10, fn 7:    insert space after "§"